**Information to identify the case:**

| | |
|---|---|
| Debtor 1    **Ryan M. Jones** | Social Security number or ITIN   **xxx−xx−9164** |
| First Name   Middle Name   Last Name | EIN   _ _−_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing)   First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _ |
| | EIN   _ _−_ _ _ _ _ _ _ |

United States Bankruptcy Court   **WESTERN DISTRICT OF PENNSYLVANIA**

Case number:   **18−20377−CMB**

# Order of Discharge                                                                                                                   12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

   Ryan M. Jones

   5/30/18                                                                               **By the court:**   Carlota M. Bohm
                                                                                                                United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

```
United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                Case No. 18-20377-CMB
Ryan M. Jones                                                         Chapter 7
        Debtor
                              CERTIFICATE OF NOTICE
District/off: 0315-2          User: admin              Page 1 of 2        Date Rcvd: May 30, 2018
                              Form ID: 318             Total Noticed: 25


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 01, 2018.
db             +Ryan M. Jones,    124 McMahon Drive,    Manor, PA 15665-9603
tr             +Lisa M. Swope,    Neugebauer & Swope, P.C.,    219 South Center Street,    P. O. Box 270,
                 Ebensburg, PA 15931-0270
cr             +Peoples Natural Gas Company LLC,    c/o S. James Wallace, P.C.,    845 N. Lincoln Ave.,
                 Pittsburgh, PA 15233-1828
14767850       +Best Buy,    c/o Best Buy Credit Services,    PO Box 790441,    Saint Louis, MO 63179-0441
14767851       +Bunde, Gillotti, Mulroy & Shultz,    223 Fourth Avenue, Suite 500,    Benedum-Trees Building,
                 Pittsburgh, PA 15222-1731
14767854        Comcast,    PO Box 3001,    Southeastern, PA 19398-3001
14767855        Comcast,    c/o ERC Collection Agency,    PO Box 23870,    Jacksonville, FL 32241-3870
14773688       +Frank, Gale, Bails, Murcko & Pocrass, PC,    707 Grant Street,    Suite 3300,
                 Pittsburgh, PA 15219-1913
14773691       +Margolis Edelstein,    The Oliver Building,    535 Smithfield Street,    Suite 1100,
                 Pittsburgh, PA 15222-2307
14767863        Office of US Benefits,    PO Box 67503,    Harrisburg, PA 17106-7503
14767865       +USX Federal Credit Union,    PO Box 1728,    Cranberry Twp, PA 16066-0728
14767864       +Union Home Mortgage,    PO Box 77404,    Ewing, NJ 08628-6404

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 31 2018 02:24:59      Pennsylvania Dept. of Revenue,
                 Department 280946,    P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
                 Harrisburg, PA 17128-0946
cr             +EDI: AISACG.COM May 31 2018 05:53:00      Capital One Auto Finance, a division of Capital On,
                 4515 N Santa Fe Ave. Dept. APS,    Oklahoma City, OK 73118-7901
14767852        EDI: CAPONEAUTO.COM May 31 2018 05:53:00      Capital One Auto Finance,    PO Box 60511,
                 City of Industry, CA 91716-0511
14767853        EDI: CAPITALONE.COM May 31 2018 05:53:00      Capital One Bank,    PO Box 71083,
                 Charlotte, NC 28272-1083
14767856        EDI: RCSFNBMARIN.COM May 31 2018 05:53:00      Credit One Bank,    P.O. Box 60500,
                 City of Industry, CA 91716-0500
14767857        EDI: RMSC.COM May 31 2018 05:53:00      Dick's,   c/o Synchrony Bank,    PO Box 965003,
                 Orlando, FL 32896-5003
14767858        EDI: DISCOVER.COM May 31 2018 05:53:00      Discover Card,    PO Box 3025,
                 New Albany, OH 43054-3025
14767859        EDI: DISCOVER.COM May 31 2018 05:53:00      Discover Card,    PO Box 30421,
                 Salt Lake City, UT 84130-0421
14767860       +EDI: BLUESTEM May 31 2018 05:53:00      Fingerhut/Webbank,    6250 Ridgewood Road,
                 Saint Cloud, MN 56303-0820
14767861        EDI: WFNNB.COM May 31 2018 05:53:00      Gander Mountain,    c/o Comenity Bank,    PO Box 659569,
                 San Antonio, TX 78265-9569
14767862        E-mail/Text: BKRMailOPS@weltman.com May 31 2018 02:24:28      Kay Jewelers,    PO Box 740425,
                 Cincinnati, OH 45274-0425
14768686       +EDI: PRA.COM May 31 2018 05:53:00      PRA Receivables Management, LLC,    PO Box 41021,
                 Norfolk, VA 23541-1021
14767866       +EDI: VERIZONCOMB.COM May 31 2018 05:53:00      Verizon,    455 Duke Drive,
                 Franklin, TN 37067-2701
                                                                                              TOTAL: 13

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Union Home Mortgage Corp
aty*           +Lisa M. Swope,    Neugebauer & Swope, P.C.,    219 South Center Street,    P. O. Box 270,
                 Ebensburg, PA 15931-0270
cr*            +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14773677*      +Best Buy,    c/o Best Buy Credit Services,    PO Box 790441,    Saint Louis, MO 63179-0441
14773678*      +Bunde, Gillotti, Mulroy & Shultz,    223 Fourth Avenue, Suite 500,    Benedum-Trees Building,
                 Pittsburgh, PA 15222-1731
14773679*       Capital One Auto Finance,    PO Box 60511,    City of Industry, CA 91716-0511
14773680*       Capital One Bank,    PO Box 71083,    Charlotte, NC 28272-1083
14773681*       Comcast,    PO Box 3001,    Southeastern, PA 19398-3001
14773682*       Comcast,    c/o ERC Collection Agency,    PO Box 23870,    Jacksonville, FL 32241-3870
14773683*       Credit One Bank,    P.O. Box 60500,    City of Industry, CA 91716-0500
14773684*       Dick's,   c/o Synchrony Bank,    PO Box 965003,    Orlando, FL 32896-5003
14773685*       Discover Card,    PO Box 3025,    New Albany, OH 43054-3025
14773686*       Discover Card,    PO Box 30421,    Salt Lake City, UT 84130-0421
14773687*      +Fingerhut/Webbank,    6250 Ridgewood Road,    Saint Cloud, MN 56303-0820
14773689*       Gander Mountain,    c/o Comenity Bank,    PO Box 659569,    San Antonio, TX 78265-9569
14773690*       Kay Jewelers,    PO Box 740425,    Cincinnati, OH 45274-0425
14773692*       Office of US Benefits,    PO Box 67503,    Harrisburg, PA 17106-7503
14773694*      +USX Federal Credit Union,    PO Box 1728,    Cranberry Twp, PA 16066-0728
14773693*      +Union Home Mortgage,    PO Box 77404,    Ewing, NJ 08628-6404
14773695*      +Verizon,    455 Duke Drive,    Franklin, TN 37067-2701
                                                                                           TOTALS: 1, * 19, ## 0
```

```
District/off: 0315-2           User: admin              Page 2 of 2              Date Rcvd: May 30, 2018
                               Form ID: 318             Total Noticed: 25
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 01, 2018                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 30, 2018 at the address(es) listed below:
```
          James  Warmbrodt    on behalf of Creditor   Union Home Mortgage Corp bkgroup@kmllawgroup.com
          Kenneth  Steidl    on behalf of Debtor Ryan M. Jones julie.steidl@steidl-steinberg.com,
           ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;leslie.
           nebel@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-ste
           inberg.com
          Lisa M. Swope    on behalf of Trustee Lisa M. Swope lms@nsslawfirm.com,
           mmh@nsslawfirm.com;klw@nsslawfirm.com;pa73@ecfcbis.com
          Lisa M. Swope     lms@nsslawfirm.com,  mmh@nsslawfirm.com;klw@nsslawfirm.com;pa73@ecfcbis.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          S. James Wallace    on behalf of Creditor   Peoples Natural Gas Company LLC sjw@sjwpgh.com,
           srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                             TOTAL: 6
```